1  James B. Smith, State Bar No. 231420
   Law Offices of James B. Smith
2  15303 Ventura Blvd. Suite #900
3  Los Angeles, CA  91403
   Tel (323) 924-9905 - Fax (323) 924-8481
4  SBN 231420 - jim@jamesbsmithlaw.com



6  Attorney for Debtor,
   Marvin Markowitz

8              UNITED STATES BANKRUPTCY COURT
9       CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

11                              )   CASE NO.:  2:26-bk-10764-VZ
                                )
12  In re                       )   Chapter 13
                                )
13                              )
    MARVIN MARKOWITZ            )   DEBTOR'S NOTICE OF MOTION; AND
14                              )   MOTION FOR AN ORDER EXTENDING
                                )   TIME TO FILE SCHEDULES AND
15                              )   STATEMENT OF FINANCIAL AFFAIRS;
16  _____)   DECLARATION OF JAMES B. SMITH.

     TO THE HONORABLE COURT, THE HONORABLE CLERKS OF THE COURT
AND ALL INTERESTED PARTIES:

     PLEASE TAKE NOTICE THAT MARVIN MARKOWITZ (the "Debtor")
hereby respectfully moves this Court, pursuant to Rule 1007 of
the Federal Rules of Bankruptcy Procedure (the "Bankruptcy
Rules"), for an entry of Order extending the time to file his
Schedules, Statement of Financial Affairs and any other required
documentation ("the "Motion"). In support of the Motion, the
Debtor represents as follows:

### Introduction

1. On January 28, 2026 (the "Petition Date"), the Debtor

Debtor's Motion For An Order Extending Time To File Schedules and Statement of Financial Affairs

1. commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code").
2. The Meeting of Creditors (the "Meeting") pursuant to Section 341 of the Bankruptcy Code is scheduled on March 5, 2026 at 10:00 AM by Zoom video meeting at Zoom.us/join - Meeting ID 977 186 7693 Passcode 5144688925, OR call 1 213 259 2397.
3. The statutory predicate for the relief requested herein is Rule 1007 of the Bankruptcy Rules.

### Desription of the Debtor

4. Debtor is a 75-year-old disabled individual who is paralyzed from the waist down.

### Relief Requested

5. Pursuant to Bankruptcy Rule 1007, the Debtor's Schedules and Statement of Financial Affairs were due by February 11, 2026. By this Motion, the Debtor seeks an Order extending the time within which he must file his Schedules, Statement of Financial Affairs and any other required documentation until February 28, 2026. This extension will allow the U.S. Trustee at least three (3) days to review the Schedules and Statement of Financial Affairs, and other required documents, prior to the Meeting.

### Basis for Relief

6. Pursuant to Bankruptcy Rule 1007, a debtor is required, within fourteen (14) days of the Petition Date, to file its Schedules and a Statement of Financial Affairs. Bankruptcy

Rules 1007(a)(5) and (c) further authorize the Court to extend a debtor's time to file the Schedules and Statement of Financial Affairs on Motion for cause shown. The Debtor submits that there is "cause" to extend the time to file his Schedules, Statement of Financial Affairs and any other required documentation.

7. Debtor is paraplegic, and also in the unfortunate process of foreclosure.

8. As such, the majority of the documentation required to complete his Schedules and Statement of Financial Affairs is contained in boxes that have been packed in anticipation of potential relocation.

9. Debtor has done his best under the circumstances to complete the Schedules and Statement of Financial Affairs in a timely manner but was not able to access the documentation required due to the difficulty in accessing the necessary information as described herein.

10. In order to complete the Schedules and Statement of Financial Affairs, and any other required documentation, the Debtor must compile information from various books, records, and other documents. The Debtor was unable to satisfactorily complete the compilation of the above information to file the Schedules and Statement of Financial Affairs by February 11, 2026.

11. It is important that the Schedules and Statement of Financial Affairs are complete and accurate, and that they fully evidence the financial condition of the Debtor as of the commencement of this Chapter 13 case. The Debtor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

believes he will be able to gather all of the necessary information to complete the Schedules, Statement of Financial Affairs and other documentation by February 28, 2026.

**WHEREFORE,** the Debtor respectfully requests that this Honorable Court enter an Order extending the time to file his Schedules, Statement of Financial Affairs and other required documentation until February 28, 2026.

                                  Respectfully submitted,

By: _/s/ James B. Smith_

    James B. Smith

    Attorney for Debtor,
    Marvin Markowitz

**DECLARATION OF JAMES SMITH**

I, James Smith, say:

1. I am an attorney at law licensed to practice in the Central District of California.
2. This declaration is of my own personal knowledge.
3. I respectfully request that the Court consider the circumstances described in Debtor's Motion and allow Debtor until February 27, 2026 to submit his accurate Schedules and Statement of Financial Affairs.
4. Debtor is working diligently on providing my office with the necessary documentation and details to complete his Schedules and Statement of Financial Affairs.

I declare under penalty of perjury that my declaration is true and correct.

Date: February 13, 2026

_____
By, James Smith, Esq.
Attorney for Debtor Marvin Markowtz

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15303 Ventura Blvd. Floor 9, Los Angeles, CA 91403

A true and correct copy of the foregoing document described as **Debtor's Motion For An Order Extending Time To File Schedules and Statement of Financial Affairs** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/12/2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Sarah Dooley Lewis - Email: sdooleylewis@raslg.com on behalf of ATLAS SP Resi Opportunity Trust IA
Jennifer C. Wong, Esq. – Email: bknotice@mccarthyholthus.com obo Chase Home Lending Mortgage Trust
Shannon Doyle – Email: bknotifications@ghidottiberger.com obo U.S. Bank Trust

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On February 12, 2026, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Rushmore Servicing
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Marvin Markowitz
160 N. LaPeer Dr. Unit #405
Beverly Hills, CA 90211

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By Personal Delivery

Honorable Vincent P. Zurzolo
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

By Email

Ch 13 Trustee – Nancy Curry – Email: inquiries@trusteecurry.com
United States Trustee (LA) – Email: ustpregion16.la.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 02/27/2012    Name: James Smith    *[signature]*
Signature

Page 5

Debtor's Motion For An Order Extending Time To File Schedules and Statement of Financial Affairs